```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        MAR - 2 2011

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES OF AMERICA'S APPLICATION FOR A SEARCH WARRANT TO SEIZE AND SEARCH ELECTRONIC DEVICES FROM EDWARD CUNNIUS | NO. MJ11-55<br><br>GOVERNMENT'S *EX PARTE* MOTION TO WITHDRAW ITS NOTICE OF REQUEST FOR REVIEW OF PREVIOUSLY DENIED SEARCH WARRANT AND ORDER FILED UNDER SEAL<br><br>(Under Seal) |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Helen J. Brunner, Assistant United State Attorney for said District, hereby withdraws its notice of review of the application for the issuance of a search warrant in the above-captioned matter. We take this action because there is no meaningful distinction between this application and that previously considered by this Court with regard to the devices containing electronically stored information belonging to Mark Krause.

DATED this 2nd day of March, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*/s/ Helen J. Brunner*

HELEN J. BRUNNER
Assistant United States Attorney

Ex Parte Notice of Request
for Review – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970