———— FILED         ———— ENTERED
———— LODGED        ———— RECEIVED

MAR 22 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY   WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF THE SEARCH OF:        )
                                       )
    The residence located at 2305 Rucker   )        NO. MJ11-0055JPD
    Avenue, Apartment 5, Everett,          )
    Washington, 98201                      )        RESPONSE TO ORDER TO
                                       )        SHOW CAUSE
_____)

    The government has no objection to unsealing all the materials in the above

captioned matter.

_____
NORMAN M. BARBOSA
Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970